DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY GUTIERREZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-70

[October 15, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Steven J. Levin, Judge; L.T. Case No. 43-2019-CA001392A.

Carey Haughwout, Public Defender, and David John McPherrin, Assistant Public Defender, West Palm Beach, for appellant.

Elfrid Pati & Matthew T. Hatfield, Treasure Coast Forensic Treatment Center, Indiantown, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***